AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
для the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>JASON M. LALL(1)<br>JOHN P. GRIFFIN (3)<br>ALBERT RICHARD (4)<br><br>*Defendant* | )<br>)<br>)  Case No.  11-624-MJ<br>)<br>)<br>) |

## ORDER SCHEDULING A PRELIMINARY AND DETENTION HEARING

A preliminary and detention hearing in this case is scheduled as follows:

| Place: | 515 Rusk St.<br>Houston, TX<br>JUDGE NANCY JOHNSON | Courtroom No.: | 700 |
|---|---|---|---|
| | | Date and Time: | 6/10/2011 at 11:00 am |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: Jun 6, 2011

*Judge's signature*

MARY MILLOY, U.S. MAGISTRATE JUDGE

*Printed name and title*